UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CRIMINAL NO.

MAGISTRATE NO. 25-MJ-74

UNITED STATES OF AMERICA       :
                               :
v.                             :   VIOLATION:
                               :
JAMIE SPIES,                   :   18 U.S.C. § 2252(a)(2)
                               :
      Defendant.               :   (Distribution of Child Pornography)

# INFORMATION

The United States Attorney for the District of Columbia Charges that:

## COUNT ONE

On or about and between April 24, 2025, and April 25, 2025, within the District of Columbia and elsewhere, the defendant, **JAMIE SPIES,** did knowingly distribute any visual depiction, using any means and facility of interstate and foreign commerce, and that visual depiction has been shipped and transported in and affecting interstate and foreign commerce, and which contains materials which have been shipped and transported, by any means, including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

(**Distribution of Child Pornography**, in violation of Title 18, United States Code, Section 2252(a)(2))

## FORFEITURE ALLEGATIONS

1. Upon conviction of the offenses alleged in Count One, the defendant, **JAMIE SPIES**, shall forfeit to the United States any and all matters which contain visual depictions of minors engaged in sexually explicit conduct in violation of the charged offenses; any property constituting or derived from any proceeds the defendant obtained directly or indirectly as

a result of the said violations; and any and all property used or intended to be used in any manner or part to commit and to promote the commission of the aforementioned violations.

      2.     If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. Section 853(p) and 18 U.S.C. Section 2253.

           Respectfully Submitted,

           JEANINE FERRIS PIRRO
           UNITED STATES ATTORNEY

By:    s/ *Rebecca G. Ross*
        Rebecca Ross
        N.Y. BAR #5590666
        Assistant United States Attorney
        601 D Street N.W.
        Washington, D.C.  20530
        Rebecca.Ross2@usdoj.gov
        (202) 815-8982